COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Southern  DISTRICT OF TEXAS
  TDCJ   DIVISION

United States District Court
Southern District of Texas
FILED
MAR 15 2000
MICHAEL N. MILBY CLERK

Darrell Wayne Johnson #582436.
Plaintiff's name and ID Number

ALFRED D. Hughes unit.
Place of Confinement

CASE NO.  C-00-111
(Clerk will assign the number)

v.

Major N.Q. Jackson
Defendant's name and address

Mrs. Jackson unknown
Defendant's name and address

Capt Glover unknown
Defendant's name and address
( DO NOT USE "ET AL.")

I.   PREVIOUS LAWSUITS:

A.   Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    ___YES  ✓ NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.   Approximate date of filing lawsuit: none
   2.   Parties to previous lawsuit:
        Plaintiff(s) none
        Defendant(s) none
   3.   Court (If federal, name the district; if state, name the county) none
   4.   Docket Number: none
   5.   Name of judge to whom case was assigned: none
   6.   Disposition: (Was the case dismissed, appealed, still pending?)
        none
   7.   Approximate date of disposition: none

ATC1983 (Rev.04/98)                    2.

II. PLACE OF PRESENT CONFINEMENT: _ALFRED D. Hughes Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES __ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _unknown except for last name is a mis. Jackson._

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Mis. Jackson, executive secretary for the TDCJ processing system._

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_I haven sat black lady_

Defendant #2 _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_She brought harm to me by chang my identity._

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_She changed my identity on the computer system._

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_shes black, a computer secretary._

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_My Identity of a mental retardation child was changed when they processed me →_

ATC1983 (Rev.04/98)                           3

into the system. There been three attempts on my life while on the mcconnell unit. now I'm penalized for conspiracies withintenth to keep me from filing suit concerning my own Identity. and fals medical frauds made against my account July 99. after or before the the conspiracies of manslaughter withintenth to stop my ad seg release and my lawsuit.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want $34.7 billion-thats not the settlement. But nothing less than $10.9 billion or my freedom.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases: none

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
1979 # 292312 and 1991 # 582436.

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): none
   2. Case Number: none
   3. Approximate date sanctions were imposed: none
   4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES ✓NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev. 04/98)                    4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _none_
2. Case Number: _none_
3. Approximate date warnings were imposed: _none_

Executed on: _none_
          DATE

_none_
_Darrell W. Johnson_
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _mar 8/2000_ day of _tuesday of march_ 19 _2000_.
         (Day)             (month)       (year)

_Darrell Wayne Johnson 582436_
(Signature of plaintiff)

WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC1983 (Rev.04/98)        5