IN T... UNITED STATES DISTRICT COU...
FOR THE _Southern_ DISTRICT OF TEXAS
_TDCJ_ DIVISION

United States District Court
Southern District of Texas
FILED

**MAR 15 2000**

MICHAEL N. MILBY CLERK

_Darrell Wayne Johnson #582436_
Plaintiff's name and ID Number

_Alfred D. Hughes Unit._
Place of Confinement

CASE NO. __C-00-111__
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

_Mrs. Jackson unknown_
Defendant's name and address

I, _Darrell Wayne Johnson_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐ No☑
   b. Rent payments, interest or dividends?                Yes☐ No☑
   c. Pensions, annuities or life insurance payments?      Yes☐ No☑
   d. Gifts or inheritances?                               Yes☐ No☑
   e. Family or friends?                                   Yes☐ No☑
   f. Any other sources?                                   Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
               Yes☐           No☑
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐    No ☑

   If you answered YES, describe the property and state its approximate value.

   _____

   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _Monday_ day of _March 8th/00_, 19 _2000_

_Darrell Wayne Johnson #582436._
Signature of Plaintiff         ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97