JUDGE PRESIDING: _JANE COOPER-HILL_

COURTROOM CLERK/ERO: _Linda R. Smith_

LAW CLERK: _Karen Brock_

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: _Aug 16, 2000_   OPEN: _9:03_   ADJOURN: _9:44_

TAPE: _1/20 - 1/1383_

~~CRIMINAL~~/CIVIL ACTION NO.: _C-00-111_

_Darrell Wayne Johnson_ § _Pro Se_

§

VS. §

_N. Jackson, et al_ § _Gerard Rawls_

§

United States District Court
Southern District of Texas
FILED

AUG 1 6 2000

Michael N. Milby
Clerk of Court

===

PROCEEDING: Case called for Spears Hearing by telephone conference call.
Court hears discussion of issues in this case. Court makes inquiries.
Court will make recommendation to District Judge. Pltff may file objections to M&R in 10 days
Hearing concluded

33.