UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 23 2000

MICHAEL N. MILBY CLERK

Darrell Wayne Johnson, Petitioner  §

vs.   §   CIVIL ACTION NO. C-00-111

Major N. Jackson, et al., Respondent  §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

UNDER 28 U.S.C. § 636(C), THE PARTIES TO THIS CIVIL MATTER WAIVE THEIR RIGHT TO PROCEED BEFORE A DISTRICT JUDGE AND CONSENT TO HAVE A UNITED STATES MAGISTRATE JUDGE CONDUCT ALL FURTHER PROCEEDINGS, INCLUDING THE TRIAL AND JUDGMENT. THE UNITED STATES MAGISTRATE JUDGE HAS THE AUTHORITY TO CONDUCT TRIALS BY JURY, AND THE PARTIES UNDERSTAND THAT THEY ARE NOT WAIVING THEIR RIGHTS TO A TRIAL BY JURY BY THIS CONSENT TO PROCEED BEFORE THE UNTIED STATE MAGISTRATE JUDGE. APPEAL SHALL BE TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT UNDER 28 U.S.C. § 636 (C)(3).

SIGNATURE OF PLAINTIFF(S):           SIGNATURE OF DEFENDANT(S):

Darrell Wayne Johnson                 Major N.D. Jackson

## ORDER OF REFERENCE

IT IS ORDERED THAT THIS MATTER IS ASSIGNED TO A UNITED STATES MAGISTRATE JUDGE TO CONDUCT ALL FURTHER PROCEEDINGS, INCLUDING FINAL JUDGMENT.

03/18/2000                            Michael N. Milby, Clerk
DATE                                  UNITED STATES DISTRICT JUDGE

5.

United States District Court
Southern District of Texas
FILED

MAR 23 2000

Michael N. Milby, Clerk

2:00-cv-00111

Darrell Wayne Johnson                               dp
#582436
Alfred D. Hughes Unit
Rt 2
Box 4400
Gatesville, TX   76597

Darrell Wayne Johnson #582436. I'm 6'1 weight 136 lb. age. 3-28-61. my race. A black Niggor. My social-security number: 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. and I'm a mental-Retardation person.

age. between 43 a 53 or above. eyes are brown. Black male → N.D. Jackson, The ad seg major of the mcconnell unit address 3001 South Emily Dr. Beeville, Texas 78102. hight 6'2 about and weight at about 235 pounds, hair color, black. Race, black Nigger

Capt Glover, The useto be ad seg capt of the mcconnell unit address 3001 South Emily Dr. Beeville, Texas Zip. 78102. hight 6'1 and weight about 182 pounds, hair kinda blond, Race, white male. age. between. 34 a 41. eyes look green.

# INMATE REQUEST FOR WITHDRAWAL

**...OF CRIMINAL JUSTICE**
**INMATE TRUST FUND**

DATE: 03 18 00

PLEASE USE A BUSINESS SIZE ENVELOPE
DO NOT FOLD, STAPLE OR TAPE
Use Black or Dark Blue Ink.

- [ ] Transfer within TF
- [ ] Outside Purchase
- [ ] W/O ID Com Purchase
- [x] Other _____

Unit: [ ][ ]

Inmate Signature: *Darrell W. Johnson*
Unit Review: _____

Print CAPITAL letters and numbers block style inside square without touching sides.

(1) TDCJ NUMBER (6): 0 0 5 8 2 4 3 6

(19) — (20): 1 5 8 9 A B C D

Approving Officer Signature: [thumbprint]

(7) INMATE LAST NAME: J O H N S O N
FIRST NAME (30): D A R R E L L
MI: W

(38) DOLLARS — CENTS (43): [ ][ ] 5 0 0

WRITTEN AMOUNT: *Five Dollars*

Right Thumb Print

(81) PAY TO THE ORDER OF: U.S. DISTRICT COURT

TF PAGE: [ ]

PAYEE'S ADDRESS: 521 Starr St., Rm 101 Corpus Christi Tex 78401
STREET — APT. NO. — CITY — STATE — ZIP

I-25 (REV 5/97)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE** — **INMATE REQUEST FOR WITHDRAWAL**

INMATE TRUST FUND

DATE: 03 18 00

PLEASE USE A BUSINESS SIZE ENVELOPE

DO NOT FOLD, STAPLE OR TAPE

Use Black or Dark Blue Ink.

- [ ] Transfer within TF
- [ ] Outside Purchase
- [ ] W/O ID Com Purchase
- [x] Other _____

Unit: ☐☐

Inmate Signature: *Darrell W. Johnson*

Unit: _____

Review: _____

Print CAPITAL letters and numbers block style inside square without touching sides.

(1) TDCJ NUMBER (6): 0 0 5 8 2 4 3 6

(19)–(20): 1 5 8 9 A B C D

Approving Officer Signature: _____

(7) INMATE LAST NAME (19): JOHNSON

(20) FIRST NAME (30): DARRELL

MI: W

(38) DOLLARS (43): 5

CENTS: 00

WRITTEN AMOUNT: Five Dollars

(81) PAY TO THE ORDER OF: U.S. DISTRICT COURT

TF PAGE: _____

Right Thumb Print

PAYEE'S ADDRESS: 521 Starr St., Rm 101  Corpus Christi  Tex  78401
STREET / APT. NO. / CITY / STATE / ZIP

I-25 (REV 5/97)

CSIIF045 T. D. C. J. - I N S T I T U T I O N A L D I V I S I O N

INMATE TRUST FUND COMMISSARY SYSTEM

ACTIVE CURRENT PERIOD

09:54 INMATE COMMISSARY INQUIRY 12/08/99 THRU 12/21/99

| TDC # | NAME | RACE | HOUSING | CELL | BALANCE |
|---|---|---|---|---|---|
| 00582436 | JOHNSON, DARRELL WAYNE | B | 12-E-B ROW-1 | 17 | |

LVL 2 - PERSONAL HYGIENE/CORRESP. NOT TO EXCEED $10

CUSTODY: 2A

/------------------CURRENT PERIOD ACTIVITY-----------------/

| ALLOWED TO SPEND | ...AMOUNT SPENT.. | | LEFT TO .SPEND. | NUMBER OF ...PURCHASES... | | DATE/TIME OF [redacted] | |
|---|---|---|---|---|---|---|---|
| REGULAR | REGULAR | SPECIAL | REGULAR | REGULAR | SPECIAL | [redacted] | SPECIAL |
| 60.00 | 0.00 | 0.00 | 60.00 | 0 | 0 | [redacted] | 00/00/00 |
| | | | | | | [redacted] | 00:00 |

ENTER 'DISABLE' IN PLACE OF 'ACTIVE' TO CHANGE THE STATUS

| | | |
|---|---|---|
| 591 MEDICAL CO-PAY OWED: .00 | LOCATION: 12-E-F ROW-1 /76 | UNIT: |
| FEDERAL COURT FEE OWED: .00 | NAME: JOHNSON, DARRELL WAYNE | |
| TEXAS COURT FEE/CHARGE OWED: .00 | DATE: 02/29/00 | ACCOUNT NUMBER: 005824 |
| INDIGENT SUP. OWED: .00   OTHER HOLD AMOUNT 534.97 | BEGINNING BALANCE: | 50. |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 02/00 | | | | |
| 02 | AB 000070 000000   POSTAGE | .70 | | 50. |
| 09 | PH TDCJ-DIS 200001   534.97 | | | |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE