CA C-00-111

hello.
I already sent five dollars off to corpus christi th tex 78401 and the other paper work. that said I got twenty day to return it. I sent it back out on the 3-18-2000 I dont have an attorney and I was hoppen yo'll would apoint me one. my life is in very bad danger
Thank you.

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 24 2000    EC
MICHAEL N. MILBY, CLERK OF COURT**

AUTHORIZATION TO SEND ORDERS AND
JUDGMENTS BY FACSIMILE TRANSMISSION

The Clerk of Court for the Southern District of Texas is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, and Fed.R.Bankr.P. 9022, 9036 by facsimile transmission of judgments, orders or notices in any case in which this capability exists, and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission.

FAX Phone No: _____none_____

Signature: _____   Address: _____

Attorney Name: ___none___   _____

State Bar No: _____   Phone No: _____

Mail to:   Clerk, Southern District of Texas
           P. O. Box 61010
           Houston, TX  77208

Control #: CV-image1-33232

7.