United States District Court
Southern District of Texas
ENTERED

**APR 1 0 2000**

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DARRELL WAYNE JOHNSON          §
                               §
V.                             §          C.A. NO. C-00-111
                               §
MAJOR N. JACKSON, ET AL.       §

## ORDER TO SHOW CAUSE

Plaintiff filed an application to proceed *in forma pauperis* (D.E. 2) on March 15, 2000. On March 16, 2000, plaintiff was ordered to file a certified copy of his trust fund account statement to complete his application (D.E. 4). He was advised that failure to comply may result in dismissal of his lawsuit. To date, plaintiff has not submitted the certified trust fund account statement, though he did submit an inmate request for withdrawal and an inmate commissary system trust fund inquiry (D.E. 5).

Plaintiff is advised that, to proceed with this suit, he must either pay the filing fee ($150) or submit a certified copy of his six-month trust fund account statement, which can be obtained from the appropriate prison official in the prison law library. Failure to comply within twenty (20) days from the date of this order may result in dismissal of this action.

ORDERED this ____7____ day of ____April____, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE