Representing Attorney
DARRELL WAYNE JOHNSON
APRIL 03-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 13 2000

MICHAEL N. MILBY, CLERK

DARRELL WAYNE JOHNSON

VS.                                C.A. NO. C-00-111

MAJOR N. JACKSON, et al

## NOTICE OF MOTION

I file a bill of exception as the representing attorney of case number, C.A. C-00-111.
To show my evidence as a mental retardate person is sufficient to establish that evidence and reasonable inference therefrom which support the verdict.
The system as the defendant committed the criminal offense as I was being processed in the system, by changing my benefits as a mental retardate person on the system maine computer.
So for changing my existence as a mental retardate person, I. Darrell Wayne Johnson TDCJ number 00582436.
As the representing attorney of my case.
Hereby certify that the system should be penalized for the offense.

SIGNED this 3th day of APRIL, 2000.

Mr. Darrell W. Johnson
DARRELL WAYNE JOHNSON
Representing Attorney

9.