(My case number CAC-00-111) April 10th 2000.

United States District Court
Southern District of Texas
FILED
APR 14 2000
MICHAEL N. MILBY CLERK

Dear sir.

#1. I'm filing on the system for changing my Identity as a mental Retardate person.

#2. In I'm filing on a staff, for the attempted murder withintenth to stop my release from ad Seg and my law suit on the system.

#3. But on march 17th. 2000. The Houston Division wrote Requesting my case numbers and told me they cant file without it.

#4. So I responed back and sent my case number, witch was wrote on the back of the paper work they sent to me. Cause this is my first law suit and I wasnt sure of the number they wanted. Now do yo'll Comprehen? my lawsuit! Are there any more question sir? Think you.

10

To: DARRELL W JOHNSON

Re: CIVIL ACTION C-00-111 OR LETTER

Date: MARCH 28, 2000

From: MICHAEL N. MILBY, CLERK
UNITED STATES DISTRICT COURT, P.O. BOX 61010, Houston, Texas 77208.

CLERK, U. S. DISTRICT COURT RECEIVED APR - 7 2000 SOUTHERN DIST. OF TEXAS CORPUS CHRISTI, TEXAS

____ The Clerk has filed your papers.

____ Your inquiry has been received. When any action is taken in your case, the court will notify you. Because of the court's heavy caseload, disposition time cannot be predicted.

____ You may not communicate directly with judges or their law clerks about matters that are or may be pending before the court. The court can only grant relief through a motion in a case in this court.

____ When directed by the court, the Clerk will issue summons, and when directed by the court, the Marshal will prepare the forms for service.

____ The court will issue writs of habeas corpus ad testificandum when it determines the time for the testimony is near.

____ Copies of court documents are $0.29 per page. Tell the Clerk the papers you need copied. The Clerk will tell you the number of pages. Payment is required before copies are sent. Check or money order payable to "Ikon".

____ The court has furnished the Local Rules to the institutional library or writ room. Other copies of the Local Rules may be obtained upon payment of $0.29 per page, or $8.99, in advance.

____ The address for the _______ District of _______________ Division, is:

_X___ Other: We can not file your papers without a cause number. Please provide same.

MICHAEL N. MILBY, Clerk

By:______________________
DEPUTY CLERK

The case's Number To This paper work is: CA-C-00-111