CA- No. C-00-111    April 13/2000

Dear Jane Cooper Hill

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
APR 18 2000    BC
MICHAEL N. MILBY, CLERK OF COURT

2-97-629?

I'v requested for a copy twice, of my six month trust fund account statement certified back in march before I filed. But the law library official refuse to asst. me., sent my request back unanswered, back in march. But I'll try again and I need you to extend me more then twenty days "Please?" I'm having trouble geting even my food here sir. So will you extend me more than twenty days sir? "Please?" My life is at stake every moment!

11.