CA-C-00-111

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 2 1 2000

Michael N. Milby, Clerk

AH507/MU0624 [illegible] INFORMATION DATA [illegible]

[illegible] LOCATION: [illegible] INDIGENT DTE: 02/04/00

NAME: JOHNSON, DARRELL WAYNE ACCOUNTING PERIOD: 10/01/99

PREVIOUS [illegible] NUMBERS: [illegible]

CURRENT BAL: 50.26 TOT HOLD AM: [illegible] 3MTH TOT DEP: [illegible]

SPEND LIMIT: [illegible] 3MTH AVG BAL: [illegible] 6MTH AVG DEP: [illegible]

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 12/99 | 52.69 | 0.00 |
| 02/00 | 50.96 | 0.00 | 11/99 | 52.69 | [illegible] |
| [illegible] | [illegible] | [illegible] | 10/99 | [illegible] | [illegible] |

PROCESS DATE HOLD AMOUNT HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF Coryell

ON THIS THE 17th DAY OF April, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND [illegible] COPY [illegible] BY ME OF INFORMATION CONTAINED [illegible] COMPUTER [illegible]

[illegible] NUMBER: ____________ [illegible] NUMBER: ____________

David E. [illegible]

**NOTARY'S SIGNATURE**

**SEAL** 2003 [illegible]

12.

ClibPDF - www.fastio.com