UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DARRELL WAYNE JOHNSON | § |
| | § |
| v. | § C. A. NO. C-00-111 |
| | § |
| MAJOR N. JACKSON, ET AL. | § |

### ORDER

Plaintiff has filed a Motion for Additional Time to File his Trust Fund Account Statement (D.E. 11).  The trust fund account statement has now been received by the Court (D.E. 12). Accordingly, plaintiff's Motion for Additional Time is DENIED as moot.

SIGNED this ___2___ day of May 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE