AS
Representative
Attorney

DARRELL WAYNE JOHNSON § 
V. § Civil Action No. 00-111
 §
MAJOR N. JACKSON, ET AL. §

## NOTICE TO UNITED STATES MAGISTRATE JUDGE

1. To show I have insufficient assets and means to pay filing fee.

2. My inmate trust account is surported by my oldest sister.
   Address: Velma R. Price. 3718 Yosemite Houston, Texas 77021.

3. The sytem got a five hundred dollar hold on my inmate trust account, date back 1999.

4. If you bill my oldest sister in my name and hers to, I can insure you, she will pay with a money order or check.

5. by it going to my trust account, the sytem will take it off before yo'll will.

6. So, work with me and bill my oldest sister in put my name and her name on the bill.

7. The mailroom is stoping all my personal out going mail that concerns this lawsuite, and I haven't been able to make contact.

8. She's the one who stoped major Jackson from killing me back in 1999 of July, while on the McConnell unit and now my life is stil in imminent danger as of now.

17.