UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 11 2000  CS

Michael N. Milby, Clerk of Court

DARRELL WAYNE JOHNSON §
§
v. § C. A. NO. C-00-111
§
MAJOR N. JACKSON, ET AL. §
§

## Notice of Motion

Plaintiff has filed the motion to show — he dosent have an attorney and wish to be his own representative in person before the court and not by fact of mail, "or" facsimile transmission, if that's understandable.

Signed this ___5___ day of May 2000.

*Mr. Darrell Wayne Johnson*
Darrell Wayne Johnson
Inmate representative Attorney