IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DARRELL WAYNE JOHNSON  §
 § Civil Action No. 00-111
V. §
 §
MAJOR N. JACKSON, ET AL. §

<u>MOTION FOR 28 U.S.C. § 1915(g).</u>

I. The plaintiff is in imminent danger of serious physical injury if this lawsuit is dismissed, for any reason.

SIGNED this 8 day of May, 2000.

Mr. Darrell Wayne Johnson
Darrell Wayne Johnson
INMATE representative Attorney