IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DARRELL WAYNE JOHNSON §
§
V. § C.A. NO. C-00-111
§
MAJOR N. JACKSON, ET AL. §

## ORDER REGARDING INITIAL PARTIAL FILING FEE

On May 2, 2000, plaintiff's motion to proceed *in forma pauperis* was granted, and plaintiff was assessed an initial partial filing fee of $10.33 to be paid within 30 days. D.E. 14. On May 15, 2000, plaintiff filed a notice with the Court "to accept [the] filing fee," and included the fee in postage stamps, noting that there is a "hold" on his inmate trust account. D.E. 16.

Plaintiff is advised that, to pay the filing fee, he must complete a consent form which will allow the Texas Department of Criminal Justice to withdraw funds from his inmate trust account when funds are available. The form will permit payment of the initial partial filing fee. Plaintiff is further advised that he may obtain the consent form from a prison official in the prison law library.

Accordingly, the Clerk of the Court will return plaintiff's stamps to him. To proceed with his case, plaintiff must complete a consent form allowing withdrawal of the initial partial filing fee from his inmate trust fund account; he must complete the form within 20 days of entry of this order. Failure to comply may result in dismissal of this action.

ORDERED this 17 day of May, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE