United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Darrell Wayne Johnson | § | 21. |
| VS. | § | CIVIL ACTION NO. C-00-111 |
| Major N. Jackson, et al. | § | |

### ORDER STRIKING PLEADING (S)

The clerk has filed your "Notice to United States Magistrate Judge Re: Trust Fund Account" ; however, it is deficient in the area (s) checked below:

1. _x_ Pleading is not signed.  (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (Mailing address not provided (L.R.2.C.1.E)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8. ____ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: May 25, 2000
re: D.E. #17/dp

_Jane Cooper-Hill_
JUDGE PRESIDING