```
                                                    United States District Court
                                                    Southern District of Texas
                                                           ENTERED

                                                         MAY 2 6 2000
         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS              Michael N. Milby, Clerk of Court
           CORPUS CHRISTI DIVISION
```

Darrell Wayne Johnson _____     §        22.

VS.                                  §        CIVIL ACTION NO. C-00-111

Major N. Jackson, et al. _____  §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Notice That Plaintiff Wishes to be His Own Representative"; however, it is deficient in the area (s) checked below:

1. _x_ Pleading is not signed. (L.R.2.C) (Original signature not provided)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (Mailing address not provided (L.R.2.C.1.E)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: May 25, 2000
re: D.E. #18/dp

_____
JUDGE PRESIDING