United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

23.

Darrell Wayne Johnson          §

VS.                            §   CIVIL ACTION NO. C-00-111

Major N. Jackson, et al.       §


ORDER STRIKING PLEADING (S)


The clerk has filed your "Motion for 28 USC § 1915 (g)"         ;

however, it is deficient in the area (s) checked below:

1.  _x_  Pleading is not signed.  (L.R.2.C) (Original signature not provided)

2.  _x_  Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (Mailing address not provided (L.R.2.C.1.E)

3.  ___  Caption of the pleading is incomplete (L.R.3.E)

4.  _x_  No certificate of service, or explanation why service is not required (L.R.3.G)

5.  ___  No statement re conference w/opposing counsel (L.R.6.A.4)

6.  ___  Separate proposed order not attached (L.R.6.A.3)

7.  ___  Motion to consolidate is not in compliance with L.R.6.G

8.  ___  Other: _____
         _____
         _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: May 25, 2000
re: D.E. #19/dp

_____
Jane Cooper-Hill
JUDGE PRESIDING