May 20th/00

2:00-cv-00111

Darrell Wayne Johnson                              dp
#582436
Alfred D. Hughes Unit
Rt 2
Box 4400
Gatesville, TX  76597

United States District Court
Southern District of Texas
FILED
MAY 25 2000
Michael N. Milby CLERK

Darrell Wayne Johnson

V.

Major N. Jackson ET AL.

withdrawal form was sent out to Jane Cooper Hill may 16 of 2000; and a notice explaining to judge... I tride to get the withdrawal form approved by the unit warden before I sent out the stamps Then when forms was returnd without being approved, I date them and sent them off to post office box 61010 Houston, Tex 77208. I told yo'll once my life is in danger. over →

24