IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Darrell Wayne Johnson
ATTORNEY AT LAW

ENTERED
JUN -5 2000 May 2000

Darrell Wayne Johnson

V.

Major N. Jackson, ET AL.

§
§
§
§
§
§
§

C.A. NO. C-00-111

## NOTICE OF ORDER REGARDING FILING FEE

Warden Refuse to Approve withdrawl, ~~FILING FEE IS INCLOSE~~ AND You may begain with Actpon.

Sined this 2 day of May, 2000.

## NOTICE OF THAT
## ORDER STRIKING PLEADING(S)

Concerning Representative (22.) And Trust Fund Account (21.) And "motion for 28 USC § 1915 (g)" (23.)

Darrell Wayne Johnson
Darrell Wayne Johnson
INMATE REPRESETATIVE
ATTORNEY AT LAW

## NOTICE

As a mental Retardation Person by refusing to Asst. me, Yo'll Pass on The Trail of A Psychotic killing.. Cause I tride to get all of the Above forfilled, and I infromed Yo'll that the warden wouldnt sign the Papers, And my Life is At Stake here.

Sined this 31 day of May, 2000.

25