**HONORABLE JANE COOPER-HILL**
**United States Magistrate Judge**

_L Smith_, Deputy Clerk

_June 8, 2000_, Date

# M I N U T E   E N T R Y

United States District C
Southern District of T
FILED

Civil Action

No. _C-00-111_

_Darrell Wayne Johnson_

v

_N. Jackson, et al_                 26.

**JUN - 8 2000**

Michael N. Milby, Cl

Case set for Conference Call on Friday, June 9, 2000,
at 1:30 PM. AAG is to initiate call through
to chambers after all parties are on the
line.

_L Smith_