JUDGE PRESIDING: JANE COOPER-HILL

COURTROOM CLERK/ERO: Linda R. Smith

LAW CLERK: Melissa Hooper

U. S. P. O.: _____

United States District Court
Southern District of Texas
FILED

JUN -9 2000

MICHAEL N. MILBY, CLERK

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

27.

INTERPRETER: _____

DATE: June 9, 2000    OPEN: 1:37    ADJOURN: 1:44

TAPE: 1/1538 - 1/1772

~~CRIMINAL~~/CIVIL ACTION NO.: C-00-111

Darrell Wayne Johnson      §    Pro Se
                           §
                           §
VS.                        §
N. Jackson, et al          §    Chuck Lopez
                           §

Witnesses: Mary Centilli & Janie Muniz

===========================================

PROCEEDING: Case called for Conference Call. Inmate has completed the steps necessary to get check issued for initial partial filing fee. There was a hold on inmates account for destruction of state property. The hold will be by-passed & the check will be issued tonight. Hearing concluded.