UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REPRESENTATIVE ATTORNEY
DARRELL WAYNE JOHNSON
AT LAW

United States District Court
Southern District of Texas
FILED   JUN 2000

JUN 29 2000

MICHAEL N. MILBY CLERK

Darrell Wayne Johnson          §

VS.                            §    CIVIL ACTION NO. C-00-111.

Major N. Jackson, et al.       §

## NOTICE The Danger That Faces Plaintiff Life

1. ✓ NOTICE That A TRUST found certificate
    has been recived.

2. ✓ NOTICE That Plaintiff Notified
    (Jane cooper Hill) of The ~~System~~ System falsifying records.

3. ✓ NOTICE That Plaintiff is A Mental Retar date
    person And That This Lawsuit concerns
    A federal issue As well..

4. ✓ NOTICE That Plaintiff has got Pleading
    Signed.(by. Signature of The original provider).

5. ✓ NOTICE That Theres No errors And pleading
    is in Compliance.(And plaintiff address is provided).

Signed 22 day of Jun 2000

Darrell Wayne Johnson
REPRESENTATIVE ATTORNEY
AT LAW

ATTORNEY Darrell Wayne Johnson
#582436. C.A.N. C-00-111.
Alfred D. Hughes ad seg unit
RT.2, Box 4400
atesville, Texas 76597. AT LAW.,

28.

6. ✓ NOTICE THAT The hughes unit has been stopping my out going personal mail.

7. ✓ NOTICE THAT plaintiff gave his oldest sister address AS witness, TO AN ATTempted killing back in 99., of July. 1999. while on The mcconnell unit..

8. ✓ NOTICE THAT The mcconnell unit did refuse my release from Ad Seg Three times, only To show conspiracis of A futrue killing.

9. ✓ NOTICE That The hughes unit has Took up where The mcconnell unit Lift off.

10. ✓ NOTICE That my records of A mental reTardaTe person has been falsifed here in The T.D.C.J. system.

11. ✓ NOTICE THAT by Them falsifying my records, stops All my benefits AS A mental reTardaTe person...

CutePDF - www.fastio.com

12. ✓ NOTICE That All WITHDRAWALS MUST go
    Throught Approver of T.D.C.J. SYSTEM
    And That Was The delay.

13. ✓ NOTICE That The Date Dated May 16th,
    of 2000. and respond To The condition
    of This brife of NOTICE.

14. ✓ "NOTICE That during A court hearing,
    I'm suppost To be in A room alone,
    on The phone without A STAFF Listen To
    The hearing or my words.....

15. ✓ NOTICE That all my Legal mail
    Was sealed and IF This Was
    TAped, They opened it up.

    Signed 24 day of Jun, 2000.


    Darrell Wayne Johnson
    Darrell Wayne JOHNSON
    REPRESEING ATTORNEY
    of plaintiff.
        AT LAW!