UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 29 2000
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REPRESENTATIVE Plaintiff
ATTORNEY AT LAW

UNITED STATES District Court
SOUTHERN District of Texas
ENTERED
Jun 21 2000
Darrell Wayne Johnson
ATTORNEY AT LAW

Darrell Wayne Johnson          §

VS.                            §   CIVIL ACTION NO. C-00-111.

Major N. O. Jackson, et al.    §

## Notice To Magistrate Judge

1. ✓ NOTICE That WITHDRAWAL is on ALFRED D. HUGHES UNIT.

2. ✓ NOTICE That I WAS INForm by Mr. MURILLO C O III.

3. ✓ NOTICE That Mr. MURILLO C O III SAID, IF The LIEUT. MIS. JANIE, MUNIZ wanted ME To have IT I would have got IT A week A go.

4. ✓ NOTICE That They will Kill me IF I Loose or WINE LAWSUIT.

5. ✓ NOTICE That They're opening up my out going Large And small Legal mail And resealing it.

Signed 21 day of Jun. 2000.

Darrell Wayne Johnson
ATTORNEY AT LAW
AS The plaintiff
REPRESENTATIVE

29.