United States District Court
Southern District of Texas
FILED

**JUL 17 2000**

MICHAEL N. MILBY, CLERK

```
ISINT602/C101B02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE         07-10-00
AH507JN0624                  INMATE TRUST FUND DATA                   7:00:15
TDCJ#  C062436  SID#: 03507235 LOCATION: ALFRED HUGHES   INDIGENT DT: 07/09/00
NAME: JOHNSON,DARRELL WAYNE                    BEGINNING PERIOD: 07/01/00
PREVIOUS TDCJ NUMBERS: NO DATA
CURRENT BAL:               CURR. TOT HOLD AMT:        6 MTH TOT OF DEP:       0.00
6MTH DEP:        0.00  6MTH AVG BAL:        49.25  6MTH AVG DEP:        0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/00     50.26            0.00         03/00     50.26            0.00
05/00     50.26            0.00         02/00     50.76            0.00
04/00     50.26            0.00         01/00     51.99            0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION


STATE OF TEXAS COUNTY OF ___Coryell___
ON THIS THE 10th DAY OF ___July___ 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. PF.SIG:
PF1=HELP PF3=END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

_Janie L. Muniz_
NOTARY'S SIGNATURE

SEAL — JANIE L. MUNIZ, Notary Public, State of Texas, My Commission Expires 06-09-2001