United States District Court
Southern District of Texas
FILED

JUL 17 2000

MICHAEL N. MILBY, CLERK

2:00-cv-00111

Darrell Wayne Johnson                    dp
#582436
Alfred D. Hughes Unit
Rt 2
Box 4400
Gatesville, TX  76597


DARRELL WAYNE JOHNSON


V.


K. M. WESEMAN

32.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
REPRESENTATIVE ATTORNEY
DARRELL WAYNE JOHNSON
ATTORNEY AT LAW

ENTERED
JUN 21-2000
DARRELL WAYNE JOHNSON
ATTORNEY AT LAW

Mr. DARRELL WAYNE JOHNSON

v.

K.M. WESEMAN

§
§
§
§
§
§

CIVIL ACTION NO. UNKNOWN AS OF NOW

## THIS NOTICE FOR NEW COMPLAINT TO BE EXCEPTED

1. ✓ NOTICE plaintiff filed COMPLAINT JUN TWENTY FIRST 2000.

2. ✓ NOTICE That I want the same out of both LAWSUIT.

3. ✓ NOTICE that other paper work is on THE WAY.

4. ✓ NOTICE That I had To File Like This To keep COMPLAINT From bing stoped by mr. MURILLO COIII.

SIGNED THIS 12 day of July 2000.

*Darrell Wayne Johnson*
DARRELL WAYNE JOHNSON
REPRESENTATIVE INMATE
ATTORNEY AT LAW

5. ✓ NOTICE THE trust fund account Statement for New COMPLAINT has bing recived

6. ✓ NOTICE That The WITHDRAWAL TO THE NEW COMPLAINT HAS ALready been SENT OUT To be approved, for filing FEE.

7. ✓ NOTICE Receipt No. 2 223423.

8. ✓ NOTICE DØ code    Div No    Acct
              4679           2       5100PL