IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTORNEY AT LAW
DARRELL WAYNE JOHNSON

United States District Court
Southern District of Texas
FILED

AUG 21 2000

MICHAEL N. MILBY CLERK

DARRELL WAYNE JOHNSON §
    Prisoner No 582A36.
V. § C.A. NO. C-00-111.
N. JACKSON ET AL. §

## A MOTION FOR NEW TRIAL AND BILL OF EXCEPTION

I hereby file this motion to show the existence of facts Dehors the record that, if true. Would demand a new trial, the burden is on the Accused and not plaintiffs, so to establish the truth of the averments and not on the State to prove that they are untrue.

I hereby file a bill of exception to show whereas symbols indicating ideas and subject to contraction and expansion to meet the idea sought to be expressed.

ORDERED this __18__ day of August 2000.

*Darrell Wayne Johnson*
DARRELL WAYNE JOHNSON
ATTORNEY AT LAW

34.

Such have been referred to the STATE to correct A judgment, iccorrectly entered Through MISTAKE or clerical error is exercised only for purpose of only to "with intent" only to impeach but Also to prove consciousness was Award of Defendant's.

I file This Bill of exception For the purposes of reviewing sufficiency of evidence.
Whether any rational trier of fact could have found essential elements of,
To circumstantial Evidence by effecting The evidence To determine.
IF circumstantial exclude every reasonable exception to believe The Accused is guilty.

I file This Bill of exception, IN conducting review of evidence,
The U.S. Magistrate Judge Jane cooper-Hill
MUST KNOW IF I Loose This case in remain on This unit They will kill me, some Time This year or next,
So review evidence in Light most favorable to verdict...

I file This Bill of exception To show during A FACSIMILE TRANSMISSION,
I'm To be The only one on my end of The Line To hear what you are saying.
AND NOT A STAFF memeber on The same Line I'm on or IN That room ease dropping,
And taken down notes of what I say,
And who I'm Filing on...

I file This Bill of exception To show AS my own INMATE ATTORNEY, That I had relevant questions to ask The defendant, and IF I'm Allowed. I Ask The defendant, where were his wife working in The system FEBRUARY of NINITYONE, AND Why did he refuse my release from ad seg AND Why do He →

WONTS TO Kill me, AND why did he give his CAPT. Glover, The grANTiNg permit's To Kill me July of 99.?...

I file This Bill of exception To show AS A MENTAL RetArdATioN PlAiNTiff's, my opinion And For The WANT OF my Identity And benefits, To MAINTAIN iTs True EXisTeN "or" SeAT me free of These peNiTeNTiARY AND Ad Seg SysTem WAlls "or" grANT me The Sume OF $34.7 billion AND NoThing lesser Then The Settlement OF $10.9 billion, IF I CANT beSAT Free of These System WAlls, For ChANgiNg AND DAmageiNg my Identity oF A MENTAL RetArdATioN persoN, oN The TDCJ SysTem house Computer.

ORDERED this __18__ day of AUGUST 2000.

*Darrell Wayne Johnson*
DARRELL W. JOHNSON
ATTORNEY AT LAW

ClibPDF - www.fastio.com