IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTORNEY AT LAW
DARRELL WAYNE JOHNSON

DARRELL WAYNE JOHNSON §
Prisoner No. 582436.
V. § C.A. No. C-00-111
§
N. JACKSON ET AL §

## Motion For Appeal

Notice that I claim the same of said complaint witch is ten days before as may be allowed by the court, and must be serve within twenty days of claim, A -DNA- test must be give to major Jackson and his wife, who is currently accused of falsifying testimonys.

A -DNA- evidence left at the scene could match her fingerprents. No two people could have the same fingerprints at a crime scene.

35

As the inmate attorney I decline that the case be re-prosecute.

On the grounds of A-DNA-Test. evidence, could convicte major. Jackson.

A-DNA- evidence, could release me from the penitentiary.

DNA - evidence- sufficient, supposedly bragged to coworks, that his wife did me end.

DNA forensic test, supposedly self-incriminating statements confession could be another popular identification method.

DARRELL WAYNE JOHNSON §
  Prisoner No: 582436
v. § C.A. NO. C-00-111

N. JACKSON, ET AL. §

### ORDER SETTING SPEARS HEARING BY TELEPHONE CONFERENCE

-DNA testing- The testimony of medical examiner.

DNA-evidence, convicted hem largely on his coworks testimony of ad Seghouse informants.

With DNA-evidence- I should be released from the Penitentiary with the evidence DNA proved on the system.

-Sufficient- supposedly bragged to coworks that his wife did it for hem.

Singed 16 day of August 2000.

Darrell W. Johnson
ATTORNEY AT LAW

-DNA Testing-
Another popular identification method.
-fingerprinting- is more exact.
No two people have the same fingerprints, at a crime scene. Significant, a prosecutor's best weapon in convicting the right person.