UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DARRELL WAYNE JOHNSON § | 36. |
| § | |
| v.        § | C. A. NO. C-00-111 |
| § | |
| N. JACKSON, ET AL.   § | |

## ORDER

Plaintiff has filed a Motion for New Trial (D.E. 34) and a Motion for Appeal (D.E. 35). These motions are premature; there has not been a judgment entered in this case. Accordingly, the motions (D.E. 34 and 35) are DENIED without prejudice.

ORDERED this ___21___ day of August 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE