United States District Court
Southern District of Texas
FILED

AUG 25 2000

MICHAEL N. MILBY, CLERK

August 22 2000.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTORNEY AT LAW
DARRELL WAYNE JOHNSON

DARRELL WAYNE JOHNSON §
Prisoners No 582436. §
V. § C.A. NO. C-00-111.
§
N. D. JACKSON ET, AL §

## A BRIEF FOR EXTRINSI EVIDENCE AND CROSS EXAMINATION

As Representative Attorney for the Plaintiff. I hereby File A brief within The proven either by cross-examination or by extrinsic evidence.

I hereby call A Sergeant. Ann Marie Delaross To The witness stand, Address McConnell unit Ad Seg Beeville, Texas 78102. And A Lieutenant. Kimbley A. Bremer To The witness stand. Address McConnell unit Ad Seg Beeville, Texas 78102.

So They can speake ~~bet~~ before The court As A - DNA - evidence, And Convicte N. D. Jackson largely on his coworks testimony of, Ad seg house informants.

So As -DNA- evidence, I should wine This Lawsuit with The evidence A DNA proved concerning my ~~claim~~ claim.

ORDERED this __22__ day of ~~July 2000.~~ August, 2000.

*Darrell Wayne Johnson*
Darrell Wayne Johnson
ATTORNEY AT LAW

(Form 11.07.)

37

(Form. PDR.)

The DNA evidence.
Will exonerated N.D. JACKSON
-Sufficient- supposedly bragged to coworks
That he was gonna still kill me
Weather on the McConnell unit or The Hughes unit
And -Sufficient- supposedly bragged to coworks
about what his wife did
And -Sufficient- supposedly bragged to coworks
what would happen IF they talked before the
killing took place...

It's the U.S. Magistrate Judge Jane Cooper-Hill
to correct a judgment.
Icorrectly entered through mistake or clerical error
is exercised only for purpose of making record
speak the truth And NOT for purpose of
revising or changing judgment or of correcting
An error of LAW And not throw A Plaintiff case
cause hes the Mental Retardate plaintiff
filed A claim That may be out dated
but didnt know...

But to Wintnesses, N. In general, one who, being
present, personally see or perceives A Thing;
A beholder, spectator, or eyewitness, one who testifies
to what her has seen, heard, or otherwise observed.

As the representative Attorney for the plaintiff,
let it be known, that hearsay evidence is wholly
incompetent And without probative force And
Can Never form basis for Establishing
A cause of Action, Finding of Fact, or judgment
of court, whether objected to or not.

Let it be known, IF promisess were made to
U.S. Magistrate Judge Jane Cooper Hill by the defendant,
Circumstantial evidence may be used to prove you ~~thro~~
threw the case...

I AS A Writ Writer, did NOT file This LAWSuit to hear my own statement of Facts repeated through A FACSIMILE TRANSMISSION Without A final conviction.

LeT iT be KNOWN, AFter They kill me here on The hughes uNiT, I'm sure iT will be A Dental Assit. Name: Mis. LiNdA, DEAN. Whos To ASST. major N.D. JACKSON After This LAWsuit is close For A FACSIMILE TRANSMISSION.

LeT iT be KNOWN, NOT TO Ask me about mis. LiNdA, DEAN over The phone. cause they dont know That I know Whats up...

ForM. PDR ANO 11.07.

You AS The U.S. Magistrate Judge Jane cooper-Hill is This All The U.S. Magistrate Judge Jane cooper-Hill CAN do for a MAN due To be Killed Shortly after you hang ThaT phone up ANd Leave me on This UNiT WithouT A CoNViCTioN?...