United States District Court
Southern District of Texas
ENTERED
SEP - 1 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRELL WAYNE JOHNSON | § | |
| | § | |
| V. | § | C.A. NO. C-00-111 |
| | § | |
| N. JACKSON, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, this action is DISMISSED as frivolous and for failure to state a claim.

This is a FINAL JUDGMENT.

SIGNED this __30__ day of ___August___, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE