UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DARRELL WAYNE JOHNSON
ATTORNEY AT LAW

ENTERED
AUG 25 2000
DARRELL WAYNE JOHNSON

DARRELL WAYNE JOHNSON

v

N. JACKSON, ET AL.

C.A. NO. C-00-111

United States District Court
Southern District of Texas
FILED
SEP 0 5 2000
Michael N. Milby, Clerk of Court

## TO NOTICES OF ORDER

Plaintiff has not filed a motion for A New Trial. I REPEAT, (D.E. 34) ISN'T for A New Trial, and (D.E. 35), ISN'T A motion for AN Appeal.

I hereby Let you know, That I AM Award That No judgment been entered.

I hereby Let you know, That during our past facsimile transmission. You Asked was there Anything else I WANTed TO SAY.

I hereby Let you know, What you call a motion for A New Trial AND AN Appeal, Was what I had To SAY before you hung up on me.

I hereby Let you know, The Line on my end Something is wrong with it and I Thought you were still on the Line. But you hung up and I wasnt allowed To redial...
So As To what you Thought was A couple of motions, you just Disregard your Thought U.S. MAGISTRATE JUDGE JANE COOPER-HILL.

ORDERED This __25__ day of August 2000.

Darrell W. Johnson
Darrell W. Johnson
ATTORNEY AT LAW

40

Those three motion, where only to advise you of my witnesses that was lift out of the first form I filed out.

I know how bad you wanna throw this case.
But please, Dont do me this way.

You knew, I wasnt filing for a new trial or an appeal.

Cause, if I loose, I just loose.
Cause, their gonna kill me either way.

Do you wanna know, how I know?
I was born with a spical gift,
I can see some things a head of me, belive or not.

I knew before I filed this lawsuit I wasnt gonna get any currency out of it or my freedom,
But I only filed to clear my mother name.

I all so can make things move without touching them.

I all so can take people clothes off while they sleep and
I can be a thousand miles away and stil do this, whether they ever seen me or not...

I hereby let you know, thats why Major N. D. Jackson 'em wanna kill me...
I can prove everything I said....