IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTORNEY AT LAW

ENTERED

SEPT. 1 2000
DARRELL W. Johnson

Darrell Wayne Johnson, Plaintiff
582436.

§
§
§

vs.

§
§

Civil Action No. C-00-111

Major N. D. Jackson, et al., Defendants

§
§
§

NOTICE OF ATTORNEY RIGHTS

United States District Court
Southern District of Texas
FILED

SEP - 8 2000

MICHAEL N. MILBY, CLERK

1. AS The ATTORNEY for The Plaintiff, I
   hereby ASK The U.S. MAGISTRATE JUDGE
   may I be allowd To question The Defendants?

2. AS The ATTORNEY for The Plaintiff
   I hereby ASK The U.S. MAGISTRATE JUDGE
   will she pass her judgment?

3. AS The ATTORNEY for The Plaintiff
   I hereby NOTicify U.S. MAGISTRATE JUDGE,
   AS The ATTORNEY for The Plaintiff
   I have A right To file ANOther LAWSuit
   concerning The conspiracies behind
   This suit, IF she cant be more explainable...

   ORDERED this ___1___ day of SEPTEMBER 2000.

   Darrell Wayne Johnson
   Darrell Wayne Johnson
   ATTORNEY AT LAW

41.

4. AS The ATTORNEY for The MENTA RETARDATE
   PlAINTIFF.
   There hasNT been any MOTION filed for
   A New Trial "Nor" A MOTION for Appeal).

5. AS The ATTORNEY FoR The PlAINTIFF.
   I hereby ASK U.S. MAGISTRATE JuDGE
   JANE CooPER-HILL,
   Did You TAKE A brive "or" Did you NOT ??

6. "AS The ATTORNEY FOR The PlAINTIFF
   I hereby inform U.S. MAGISTRATE JuDGE
   JANE CooPER-HILL
   ThaT I caNT LeT Them geT away with
   these conspiracies To throw my case
   out of court and NOThing NOT be done....""""

7. AS The ATTORNEY FoR The PlAINTIFF
   I hereby inform U.S. MAGISTRATE JuDGE
   JANE CooPER-HILL
   of The Suit She's forceing me To file
   IF She'S Showing fAVoritism To The
   Defendants...

8. AS The ATTORNEY FoR The PlAINTI FF
   I hereby inform U.S. MAGISTRATE JuDGE
   JANE CooPER-HILL,
   To correct the judgment of The case
   Witch She'S Showing fAVoritism to The
   Defendant or the Defendant wife oN,
   Within 20 days of the date she LAst
   respond To me and Lift me without
   a understanding...

9. AS The ATTORNEY FoR The PlAINTI FF
   I Need your explanation -u- MAGISTRATE!!