IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
<u>CORPUS CHRISTI</u> DIVISION

<u>DARRELL WAYNE JOHNSON</u>
Plaintiff's name and ID Number <u>582436</u>

<u>ALFRED D. Hughes Unit AD Seg.</u>
Place of Confinement

v.

<u>U.S. MAGISTRATE JUDGE JANE COOPER-HILL</u>
Defendant's name and address

United States District Court
Southern District of Texas
FILED

SEP 11 2000

MICHAEL N. ———, CLERK

CASE NO. <u>C-00-111</u>
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>Darrell Wayne Johnson</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐ No☒
   b. Rent payments, interest or dividends?               Yes☐ No☒
   c. Pensions, annuities or life insurance payments?     Yes☐ No☒
   d. Gifts or inheritances?                              Yes☐ No☒
   e. Family or friends?                                  Yes☐ No☒
   f. Any other sources?                                  Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   —NONE—

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐            No☒
   If you answered YES, state the total value of the items owned.

   —NONE—

1 of 2

43

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐        No ☑

If you answered YES, describe the property and state its approximate value.

_____—NONE—_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___8___ day of ___SEP___, 19 2000

*Darrell Wayne Johnson 582436*
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

2 of 2