United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

44.

| | | |
|---|---|---|
| DARRELL WAYNE JOHNSON | § | |
| | § | |
| v. | § | C. A. NO. C-00-111 |
| | § | |
| N. JACKSON, ET AL. | § | |

### ORDER STRIKING PLEADINGS

By Order of Dismissal (D.E. 38) and Final Judgment (D.E. 39) entered September 1, 2000, plaintiff's claims were dismissed. Plaintiff has now filed a new Complaint (D.E. 42) and a new Application to Proceed *in Forma Pauperis* (D.E. 43). These pleadings are STRICKEN, as they were filed following dismissal of plaintiff's claims and without leave.

Plaintiff is advised that, if he intends to appeal the final judgment, he must file his notice of appeal within 30 days after entry of the judgment. Fed. R. App. P. 4(a)(1), (c). If he cannot pay the appellate filing fee, he must file an application to proceed *in forma pauperis* on appeal.

SIGNED this ___13___ day of September 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE