IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTORNEY AT LAW.

United States Courts
Southern District of Texas
FILED
SEP 11 2000
Michael N. Milby, Clerk

FILED
SEP-7-2000
DARRELL WAYNE Johnson

DARRELL WAYNE, JOHNSON

V.

N. JACKSON. ET AL.

C.A. NO. C-00-111

## A Notice of Objections To The FINAL JUDGMENT

1. I hereby STATE AS The ATTORNEY For The Plaintiff's, That I WASN't given ANY instruction to a forthcoming Nor ANYthing else.

2. I hereby file A LAW Suit concerning The ACKNoWLedge of JANE COOPER Hill conspiracies To TAke A brive...

ORDERED this 7 day of SEPTEMBER 2000.

*Qarrell Wayne Johnson*
QARRELL WAYNE JOHNSON
ATTORNEY AT LAW
For The Plaintiff's

45

3. I hereby STATE AS The ATTORNEY For The Plaintiff's, ThaT The FAvoritism ThaT you Show To help Them murder me, will be Justified...