United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael N. Milby, Clerk of Court

*46.*

Darrell Wayne Johnson        §

VS.        §     CIVIL ACTION NO. __C-00-111__

N. Jackson, et al.        §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __"A Notice of Objections to the Final Judgment"__ ;

however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed.  (LR11.3)

2. ____ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of

Texas Bar Number LR11.3.A (4)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. _x_ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1.D)

6. ____ Separate proposed order not attached (LR7.1.C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. _X_ Other: _Signed by plaintiff as "attorney at Law"_
_rather than "pro se." Plaintiff is not_
_an attorney and should not sign his_
_pleadings to suggest that he is._

The clerk is hereby ORDERED to strike the above instrument (s) from the record and

notify counsel of such action.

Dated: __9-14-00__
re: D.E. #45/dp

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com