United States District Court
Southern District of Texas
FILED

SEP 29 2000

MICHAEL N. MILBY  CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REPRESENTATIVE ATTORNEY
FOR THE PLAINTIFF'S
DARRELL. W. JOHNSON

SEP 25 2000

Darrell Wayne Johnson          §

VS.                            §   C. A. NO. C-00-111

N. Jackson, ET AL.             §

## NOTICE OF APPEAL OF THE FINAL JUDGMENT

1. I hereby NOTIfy JANE COOPER-HILL AS TO DATE I recived her advise.
   SEP. 25, After LAWLIb. helt it for 13 Days.

2. I hereby NOTIfy you That I Didn't file A MOTION before youx passed Judgment.

3. I hereby NOTIfy you That you cant STRIK me for representing my self and if I'm to do that, That makes me The representing ATTORNEY for my self as The Plaintiff's, ATTORNey!

ORDERED this ___25___ day of ___SEP.___ ,2000.

Darrell Wayne Johnson
Darrell Wayne Johnson
The plaintiff's representing
he's self As he's sold
ATTORNey AT LAW

47.

4. I hereby notify of the other compliance file only concern your "Violation of the Spirit" and Not anything eles.

5. I hereby notify you That I submited a certificate of service.

6. I hereby notify you That I'm aware of you being a relative of The accused...

7. I hereby notify you That I found out you advised mr. LARRY, FEMRite coIII And mr. NicHoLAS, muRiLLO coIII And mis. JANIE, muNiz .L. (Lieut.) of The ALFRED D. Hughes unit Ad Seg LAW Lib. to help file my future Lawsuit's up...

8. I hereby notify you that I know you're behind my withdarwal not returning, That I sent out August 21. of 2000.

ClibPDF - www.fastio.com