IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
<u>CORPUS, CHRISTI</u> DIVISION

United States District Court
Southern District of Texas
FILED

Sept 29 2000

Michael N. Milby, Clerk

<u>Darrell Wayne Johnson #582436</u>
Plaintiff's name and ID Number

<u>Alfred D. hughes, after McConnell unit</u>
Place of Confinement

CASE NO. <u>C-00-111</u>
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

<u>N. D. Jackson ET, AL</u>
Defendant's name and address

I, <u>Darrell Wayne Johnson</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes☐ No☒
    b. Rent payments, interest or dividends?             Yes☐ No☒
    c. Pensions, annuities or life insurance payments?   Yes☐ No☒
    d. Gifts or inheritances?                            Yes☐ No☒
    e. Family or friends?                                Yes☐ No☒
    f. Any other sources?                                Yes☐ No☒

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    <u>none</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☐         No☒
    If you answered YES, state the total value of the items owned.

    <u>none</u>

1 of 2

48

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____none_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __25__ day of __SEP.__, 19~~19~~ 2000.

__Darrell Wayne Johnson #582436__
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

2 of 2