IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRELL WAYNE JOHNSON TDCJ-ID No. 582436 | § § § | |
| V. | § § | C.A. NO. 00-111 |
| N. JACKSON, ET AL. | § | |

**APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER**

The Court has received plaintiff's notice of appeal in the above-styled action (D.E. 47). However, Appellant has not paid the appellate filing fee ($105.00). Neither is his application to proceed *in forma pauperis* ("i.f.p.")(D.E. 48) complete; an i.f.p. application must include a current data sheet concerning Appellant's trust fund information certified by the appropriate institutional officer.

Accordingly, it is ORDERED that the Clerk shall file Appellant's notice of appeal without prepayment of the appellate filing fee. It is further ORDERED that Appellant must submit either the filing fee of $105.00 or the certified data sheet needed to complete his i.f.p. application within 30 days of the entry of this order. Appellant may obtain the trust fund data sheet from an institutional officer in the prison law library.

SIGNED at Corpus Christi, Texas, on *October 3*, 2000.

*Jane Cooper-Hill*
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE