IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
DARRELL WAYNE JOHNSON #582436.
REPRESENTING ATTORNEY ONLY
FOR THE PLAINTIFF
AT LAW

ENTERED
OCT. 4 2000.

United States District Court
Southern District of Texas
FILED

OCT 10 2000

MICHAEL N. MILBY CLERK

DARRELL WAYNE JOHNSON  §
                       §
V.                     §   C.A. NO. C-00-111
                       §
MAJOR N. D. JACKSON et. al §
                       §

## Please Acknowledge The delies

1. The certifed was sent out before (9-26-00), AND Please respond back on results.

2. The withdrAWAL To cAse Number c-00-111, was sent To The unit LAW Lib. (9-28-00) how ever I dont KNOW IF They sent it To Head quarters yet.

3. The withdrAWAL To cAse Number c-00-343 has already been sent To Headquarters As of (8-21-00) but neither one has return.

4. I hereby NoTice you That you Need To call The LAW Lib. AgAiN AND see whats up.

ORDERED this   4   day of   OCT.   2000.

Darrell Wayne Johnson
Darrell Wayne Johnson
REPRESENTING ATTORNEY
AT LAW

50