IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 06 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| Darrell Wayne Johnson | § § | 51. |
| v. | § | Case Number CA-C-00-111 |
| N. Jackson, et. al. | § § | |

## CERTIFICATE OF NON-COMPLIANCE

As of November 6, 2000, the appellant has failed to comply with the Appellate In Forma Pauperis Deficiency Order, Instrument #49, that was entered by this Court on October 4, 2000. A copy of the order and docket sheet are attached.

Michael N. Milby, Clerk

Date: 11-06-00

By: _Smiley_

Deputy Clerk

cc: Fifth Circuit Court of Appeals