2:00-111

United States District Court
Southern District of Texas
FILED

**NOV - 6 2000**

MICHAEL N. MILBY CLERK

```
CSIN1B02/CIN1B02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/23/00
AH50/JMU0624              IN-FORMA-PAUPERIS DATA                  08:47:00
TDCJ#: 00582436 SID#: 02579235 LOCATION: ALFRED HUGHES  INDIGENT DTE: 02/09/00
NAME: JOHNSON,DARRELL WAYNE               BEGINNING PERIOD: 03/01/00
PREVIOUS TDCJ NUMBERS: 00292312
CURRENT BAL:         39.93 TOT HOLD AMT:       534.97 3MTH TOT DEP:       0.00
6MTH DEP:             0.00 6MTH AVG BAL:        45.55 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE  TOTAL DEPOSITS   MONTH HIGHEST BALANCE  TOTAL DEPOSITS
08/00      39.93            0.00        05/00       50.26            0.00
07/00      39.93            0.00        04/00       50.26            0.00
06/00      50.26            0.00        03/00       50.26            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION




STATE OF TEXAS COUNTY OF_____
ON THIS THE __ DAY OF _____,__, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____
```

*David E. Wren*

DAVID E. WREN
───────────────
NOTARY'S SIGNATURE

SEAL 2003
D. Wr

52