```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF TEXAS
                           CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2000

Michael N. Milby, Clerk of Court

DARRELL WAYNE JOHNSON §
    TDCJ-ID No. 582436 §
     §
V. § C.A. NO. C-00-111
     §
N.D. JACKSON, ET AL. §

## ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

The Court has considered the appellant's application for leave to proceed *in forma pauperis* on appeal (D.E. 48) and the certified trust fund account statement (D.E. 52).

The court **ORDERS** that:

1. The appellant is assessed an initial partial filing fee of $9.11. The agency having custody of appellant shall collect this amount from the inmate's trust account when funds are available and forward it to the court.

2. Thereafter, the appellant shall pay $95.89, the balance of the filing fee, in periodic installments as required by 28 U.S.C. § 1915(b)(2). This amount shall be collected from the appellant's trust account, when funds are available, and forwarded to the Clerk of the District Court.

3. The plaintiff shall sign all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

4. Failure to pay the initial partial filing fee within 30 days from the entry of this order may result in a dismissal of the plaintiff's complaint without further notice for want of prosecution.

5. The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 (D.E. 48) is GRANTED.

6. The Clerk of the Court shall send a copy of this Order to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711.

ORDERED this 14 day of November, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

2