United States District Court
Southern District of Texas
FILED

DEC 11 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE PLAINTIFF'S

Darrell Wayne Johnson
#582436
PLAINTIFF'S OF LAWSUIT

December 6, 2000

Rt 2, Box 4400
Gatesville, TX 76597
254/865-6663 or 254/291-6896

C-00-111

RE: AS TO The dely of Fees ON NOV. 20 I SENT Them off AND AS TO Your Pervious Respond I do NOT comprehen X Record 1 vol. 1 cor.

Dear Sir:

In connection with the due filing fee's, the following staff's should be notifed of the violation to refusing to send out WITHDRAWAL'S for The FINAL Approver AND refusing To return 'em back To The PLAINTIFF'S..... Staff's are: mis. JANIE, MUNIZ. L. TITLE: LAW LIBRARIAN II, mr. NICHOLAS, MURILLO (COIII) LAW Librarian ASST. Clerk, mr. LARRY, FEMRITE (COIII) LAW Lib. ASST., AND I need some information on whether or NOT I CAN file A suit on The VIOLATION of "Double Jeputy" grounds.

Respectfully,

by: Darrell Wayne Johnson #582436
PLAINTIFF'S OF LAWSUIT

cc: Parties

64