United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Darrell Wayne Johnson | § | |
| VS. | § | CIVIL ACTION NO. C-00-111 |
| N. Jackson, et al. | § | |

### ORDER STRIKING PLEADING (S)

The clerk has filed your "Notice Re: Fees" ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A (1) thru (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. _x_ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: December 11, 2000
re: D.E. #54/dp

_____
JUDGE PRESIDING
Jane Cooper-Hill