

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MEMORANDUM

United States District Court
Southern District of Texas
FILED

DEC 18 2000

MICHAEL N. MILBY CLERK

DATE: Dec. 15, 2000

TO: Courts of Appeal

FROM: Darrell W Johnson #582436

SUBJECT: Delay of Filing Fees for CV-00111 Appeal

---

both withdrawal was sent out Nov. 20th, 2000. The Law Lib. mr. Nicholas, Murillo Cotti picked them both up Nov. 20th of 2000. But he made copies of my Legal work concerning the $95 Dollar and the $9.45¢ Dollar withdrawal. (The $10.33 was part of $105.). To show it to the Warden's and the Warden's told hem to tell me, That he will not approve any more withdrawal's while I'm on his unit..... So I filed A Nother Lawsuit concerning the issue..

ORDERD this ___15___ day of __Dec.__ 2000.

#582436

Darrell W. Johnson

Darrell Wayne Johnson
#582436

The Plaintiff's

96

"So now I ask The court of Appeal is This retaliation "or" Not?"

"I Also Ask The court, what Do The warden's mean 'When he said' While I'm on his unit?""

Did he mean something gonna happen to me "or" Did he mean hes gonna kill me??

I hereby inform The court's of Appeal, I'v did everything I could To get The WiTHDRAWAL'S Approved AND reTurn on Time.. Now my Life is on The Line AND IF I wine "or" NoT, Their gonna kill me Stil AND Theres No Doubt They will, IF I stay on This unit here.