

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MEMORANDUM

CA-C-00-111

DATE: Dec. 27, 2000

TO: US DISTRICT COURT

FROM: Darrell W Johnson #682436

SUBJECT: The dely of filing Fees

United States District Court
Southern District of Texas
FILED
JAN - 2 2001
MICHAEL N. MILBY CLERK

Notice The $10.33 withdrawal was for part of The Appealing fee of $105. AND Receipt No. 2 224454) Now I only owe $94.67¢.

But These ~~Tou~~ Here was refuse by The HeadQuarters or the unit Warden..

ORDER this 18 day of NOV. 2000

Darrell W Johnson
Darrell W Johnson
the Plaintiff's

61.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INMATE TRUST FUND

# INMATE REQUEST FOR WITHDRAWAL

DATE: 1 1 1 8 0 0

PLEASE USE A BUSINESS SIZE ENVELOPE
DO NOT FOLD, STAPLE OR TAPE
Use Black or Dark Blue Ink.

[ ] Transfer within TF
[ ] Outside Purchase
[ ] W/O ID Com Purch
[✓] Other C-001

Unit: 0 H

Inmate Signature: Darrell Wayne Johnson
Review: [signature]

Approving Officer: [signature]
HUGHES UNIT ADMINISTRATIVE APPROVAL

Right Thumb Print

TF PAGE: 3

(1) TDCJ NUMBER: 0 0 5 8 2 4 3 6

(19) INMATE LAST NAME: JOHNSON
(20) FIRST NAME: DARRELL

Print CAPITAL letters and numbers block style inside square without touching sides.
(43) 7 8 9 A B C D

WRITTEN AMOUNT: Ten Dollars and eleven cent

(38) DOLLARS: $10
(-CE-) .11

(81) PAY TO THE ORDER OF: CLERK MICHAEL N MILBY

PAYEE'S ADDRESS: M.Milby-Clerk of Court  P.O. Box 61010  Houston Tx 77208
STREET   APT. NO.   CITY   STATE   ZIP

I-25 (REV 5/97)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**INMATE REQUEST FOR WITHDRAWAL**

INMATE TRUST FUND

DATE 1/18/00

Inmate Unit: A H

PLEASE USE A BUSINESS SIZE ENVELOPE

DO NOT FOLD, STAPLE OR TAPE
Use Black or Dark Blue Ink.

- [ ] Transfer within TF
- [ ] Outside Purchase
- [ ] W/O ID Com Purchase
- [x] Other C-00-111

Inmate Signature: Darrell Wayne Johnson

Review: [signature]

HUGHES UNIT ADMINISTRATIVE APPROVAL

Approving Officer Signature (30)

Print CAPITAL letters and numbers block style inside square without touching sides.

(1) TDCJ NUMBER (6): 0 0 5 8 2 4 3 6

(7) INMATE LAST NAME: J O H N S O N

(19): 1 5 8 9 (20): A N D

FIRST NAME: D A R R E L L

(38) DOLLARS — CENTS — (43) $ 95 . 88 [INSUFFICIENT]

WRITTEN AMOUNT: ninetyfive dollars and eightyeight

(81) PAY TO THE ORDER OF: clerk Michael N Milby

PAYEE'S ADDRESS: Michael Milby clerk of court P.O. Box 6010 Houston, TX 77208
STREET / APT NO. / CITY / STATE / ZIP

TF PAGE: W 2

I-25 (REV 5/97)

Right Thumb Print