United States Courts
Southern District of Texas
FILED

DEC 26 2000

C.H.

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## MEMORANDUM

DATE: Dec. 18, 2000

TO: MICHAEL N. MILBY

FROM: Darrell. W. Johnson #582436

SUBJECT: Filing Fees for CV-00111 on Appeal 2ND for STRIKING OF PLEADING(S)

Notice that I don't no where to get a Notice of a no certificate of service and Thats why services is not required..

But as to filing fees for the Appeal, Do notice that I paid part of the $105 fee and the other part, "well" the Law Lib. staff mr. NICHOLAS, MURILLO refuse to get the other withDRAWAL'S Approved after I gave It to him Nov. 20th, 2000. He said to Tell the judge to get it approved and he made Threats of Refusing my out going Legal mail concerning a suit on him for that violation..

ORDERD this 22 day of Dec, 2000,

#582436

Darrell Johnson
Darrell Johnson
the plaintiff's 58

So I ~~old~~ owe $90. Dollars and 66¢ as of now.

So what are yo'll gonna do to the LAW Lib. for refusing to hand over the other part of the Due filing fee?

Return reply to:
↓
Darrell Wayne Johnson #582436
Alfred D. Hughes Unit CV-00111
Rt. 2, Box 4400
Gatesville, TX 76597.