# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 00-41164
Conference Calendar

---

D.C. Docket No. C-00-CV-111

**U.S. COURT OF APPEALS**
**FILED**
APR 1 0 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 0 4 2001
MICHAEL N. MILBY CLERK

DARRELL WAYNE JOHNSON

    Plaintiff - Appellant

v.

N JACKSON, Major; JACKSON, Miss; GROVER, Captain

    Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE:   MAY 0 2 2001

OP-C-J-1

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy

New Orleans, Louisiana

MAY 0 2 2001

59