United States District Court

**SOUTHERN** District of Texas

Notice of **Appeal** on **MOTION.**
Notice of Petition AND Request
of A court Appointed ATTORNEY

Darrell Wayne Johnson
#582436
Alfred Hughes Unit
Rt. 2 Box 4400
Gatesville, TX   76597

DARRELL WAYNE Johnson
       Plaintiff,

5:38-CV-00-343
6:01-cv-00-111          1 page(s)
03/28/01                mc

N.D. JACKSON, ET AL.,
       Defendants,

ENTERED

April 20 2001

DARRELL WAYNE Johnson

United States Courts
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby, Clerk

61.

NoTice of ReQuest for
AN courT AppoinTed
ATTORNEY

1. CAUSE I KNOW NOTHING About the LAW.....

2. CAUSE oF MeNtAl RetArdAtioN EiLLNess.....

3. CAUSE oF MY comprehening.....

4. CAUSE I hAve No EducAtioN iN LAW or ELss Where.....

5. CAUSE I'M intitled to hAve A courT AppoinTed ATTORNEY TO AssiT. Me iN rePreseNT Me fullY during MY Suite.....



United States Courts
Southern District of Texas
FILED
APR 25 2001
Michael N. Milby, Clerk

OREDR this __20__ day of __Apirl__ 2001

*Darrell Wayne Johnson*
DARRELL WAYNe Johnson
Plainfts.

00-41164

ENTERED

Apirl 20 2001

DARRELL WAYNE Johnson

Mr Darrell Wayne Johnson
Texas Department of Criminal Justice
Institutional Division Hughes Unit
#582436
RR 2 Box 4400
FM 929
Gatesville, TX 76597

Darrell W. Johnson
   Plaintiff,

V.

5:38-CV-00-343
6:01-CV-00-111
03/28/01

2 page(s)
mc

United States Courts
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby, Clerk

N. O. Jackson, ET AL.,
   Defendants,

ClibPDF - www.fastio.com