NO. C-00-CV-111

DARRELL WAYNE Johnson

VS.

Jackson

§
§
§
§
§
§
§
§

IN THE <u>UNITED STATES</u> SUPREME
JUDICIAL DISTRICT COURT
OF APPEALS

United States District Court
Southern District of Texas
FILED

MAY 2 - 2001

MICHAEL N. MILBY CLERK

<u>FIRST MOTION FOR DEMONSTRATION OF
VIOLATES TO FEDERAL CONSTITUTIONAL
AND STATUTORY RIGHTS</u>

Comes now, <u>DARRELL WAYNE Johnson</u>, Appellant pro se and files this his First Motion For DEMONSTRATION OF VIOLATION TO FEDERAL CONSTITUTIONAL AND STATUTORY RIGHTS, in support thereof, Appellant respectfully shows the following: I Appellant Adstaining on grounds would ordinarily retain pending authoritative retaining was appropriate in A§ 1983 USCA 42 action alleging that Mis. Jackson, et al., Defendants made illegal the practice of damaging 100 percent of worldfare Tuition including free schooling costs. equipment AND special medical, AND other fees payable in U.S. currency on A incoming TDCJ System processing computer; damaging Appellant's Identity of AN Mental Retardate person for life AND that such illegal practice WAS unconstitutional: no authoritative determination could possibly leave grounds for further action;
on <u>30</u>, day of <u>April</u>, <u>2001</u>.

Mr. DARRELL WAYNE Johnson
Texas DEPARTMENT of criminal Justice
INSTITUTIONAL DAN DIVISION Hughes Unit
#582436 - AD SEG No. C-00-CV-111
RR 2 Box 4400
FM 929
GATESVILLE, TEXAS 76597

*Darrell Wayne Johnson*
Appellant, Pro Se

<u>DARRELL WAYNE Johnson</u>
D.W.J , TDCJ #<u>582436</u>

Encl.

# A Certificate of Service

NO. C-00-CV-111

I, DARRELL WAYNE JOHNSON #582436, do hereby certify that a true and correct copy of the above and foregoing motion for a certificate of service, has been forwarded by united states mail, postage prepaid, first class, to the attorney for respondent, Honorable Jane Cooper Hill, and to the state prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 30 day of April, 2001.

BY: Darrell Wayne Johnson
Petitioner, Pro Se

I, DARRELL WAYNE Johnson, TDCJ # 582436, being presently incarcerated in the Hughes unit of Texas Department of criminal Justice - Institutional Division in cornel County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct, Executed on this the 30 day of April, 2001.

Darrell Wayne Johnson
Darrell W. Johnson, TDCJ # 582436