UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 1 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRELL WAYNE JOHNSON | § § | |
| v. | § § | C.A. NO. C-00-111 |
| N. JACKSON, ET AL. | § | |

### ORDER STRIKING PLEADING

Plaintiff has filed his First Motion for Demonstration of Violates to Federal Constitutional and Statutory Rights (D.E. 63). Final judgment dismissing this case as frivolous was entered on September 1, 2000 (D.E. 39). The appeal of that judgment was also dismissed as frivolous (see D.E. 60). The case is closed. Because there is no pending lawsuit, plaintiff's motion cannot be considered and is accordingly STRICKEN.

ORDERED this ___7___ day of June 2001.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE