UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2001

Michael N. Milby, Clerk of Court

DARRELL WAYNE JOHNSON § 
§
v. § C.A. NO. C-00-111
§
N. JACKSON, ET AL. §

## ORDER DISMISSING MOTION

Plaintiff has filed his Motion to a Directed Verdict and New Trial (D.E. 65). Final judgment dismissing this case as frivolous was entered on September 1, 2000 (D.E. 39). The appeal of that judgment was also dismissed as frivolous (see D.E. 60). It is obviously too late, even if the case had gone to trial, to file a Motion for a Directed Verdict (now a motion for judgment as a matter of law under Fed. R. Civ. P. 50). Moreover, the motion for a new trial is untimely. See Fed. R. Civ. P. 59(b) (motion for new trial must be filed 10 days after entry of judgment). Nor does plaintiff satisfy the requirements of Fed. R. Civ. P. 60 such that the judgment could be re-opened. Accordingly, plaintiff's motion (D.E. 65) is DISMISSED. The continued filing of frivolous motions in this case may result in sanctions.

ORDERED this 24 day of September 2001.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE