United States Courts
Southern District of Texas
FILED

JAN 12 2004

Michael N. Milby, Clerk of Court

Case No. C-00-111
LC

Darrell W. Johnson
Paralegal at Law
No. 00582436
RR2 Box 4400 AH unit
Gatesville Texas 76597

- - - - - - - - - - - - - - -

V.

- - - - - - - - - - - - - - -

67

notice: The requested information order has been entered.

U.S. District court,
1133 N. Shoreline Dr,
Corpus christi, Texas 78401.

　　　　Authorization to satisfy
　　　　　the sanction imposed
　In all cases No. C-00-111
　　　　　　　　　　LC

　　　　Certificate of service

I, Darrell W. Johnson do hereby certify that a two copy of motion has been forwarded by united states mail postage prepaid, first class, to the attorney admissions. on this Jan.7, 2004.

　　　　　　　　　　　　　Darrell W. Johnson
　　　　　　　　　　　　　Paralegal, pro se

Darrell W. Johnson
#00582436 Paralegal
A-H unit Rt.2, Box4400
Gatesville,TX 76597